IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KENNETH PHILLIPS,                               *

               Plaintiff,          *

v.                                                    Case No. 5:25-CV-00131-CAR-ALS

                                   *

COASTAL STATE PRISON, et al.,

                                   *

               Defendants.          *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated October 6, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 7th day of October, 2025.

                             David W. Bunt, Clerk

                             s/ Raven K. Alston, Deputy Clerk